**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Ryan Sweeney, et al.,**                          **Case No: 2:20-cv-1569**

           Plaintiffs,                          Judge Graham

   v.
                                                    Magistrate Judge Vascura

**Nationwide Mutual Insurance
Company, et al.,**

        Defendants.

<u>ORDER OF RECUSAL</u>

The undersigned hereby recuses himself from this case and instructs that it be redrawn.


                          <u>s/ James L. Graham</u>
                          JAMES L. GRAHAM
                          United States District Judge


DATE: September 29, 2023