IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ryan Sweeney et al., | Case No. 2:20-cv-1569 |
| Plaintiffs, | Judge Sarah D. Morrison |
| vs. | Magistrate Judge Chelsey M. Vascura |
| Nationwide Mutual Insurance Company et al., | |
| Defendants. | |

**JOINT MOTION TO STAY CASE DEADLINES FOR PURPOSES OF MEDIATION**

Plaintiffs and Defendants have met and conferred and respectfully request a 60-day stay of the existing case deadlines for purposes of mediation. In support of their request, the Parties state as follows:

1. On October 16, 2023, Plaintiffs served Defendants with a settlement demand.

2. Following service of Plaintiffs' demand, the Parties discussed the potential for settlement and agreed to engage in further negotiations.

3. The Parties are currently in the process of identifying a mediator who may help facilitate their negotiations.

4. In the meantime, in order to focus their energies on settlement and avoid unnecessary expenditure of resources in the event the matter is successfully resolved, the Parties believe it is in their mutual best interest (and that of the proposed class) to briefly stay the matter for 60 days.[1]

---

[1] In the absence of a stay, the parties would need to engage experts and serve expert reports before the January 25, 2024 expert report deadline. In addition, Defendants would need to serve further written discovery responses and produce additional documents, the parties would need to proceed with at least one additional deposition, and the parties would also need to work through remaining discovery disputes (and potentially engage in further discovery motion practice).

5. This request is made in good faith for purposes of settlement and mediation, and is not intended to unnecessarily delay the proceedings. In light of the upcoming holidays and the time necessary to engage a mediator and complete their negotiations, the parties believe the requested 60-day stay is reasonable and appropriate.

Accordingly, the parties respectfully request that the Court grant the requested stay and modify the existing scheduling Order (ECF 157) as follows:

| Event | Current Deadline (ECF 157) | Proposed Deadline |
|---|---|---|
| Fact Discovery | December 11, 2023 | February 9, 2024 |
| Primary Expert Reports | January 25, 2024 | March 25, 2024 |
| Rebuttal Expert Reports | February 26, 2024 | April 26, 2024 |
| Expert Discovery | March 27, 2024 | May 27, 2024 |
| Dispositive Motions | April 26, 2024 | June 25, 2024 |
| Settlement Conference | June 2024 | August, 2024 |

Dated: December 6, 2023

Respectfully submitted,

/s/ Kai H. Richter
Kai H. Richter (admitted *pro hac vice*)
Eleanor Frisch (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
400 S. Fourth Street #401-27
Minneapolis, MN 55415
Tel: (612) 807-1575
Fax: (202) 408-4699
krichter@cohenmilstein.com
efrisch@cohenmilstein.com

Michelle C. Yau (admitted *pro hac vice*)
Daniel R. Sutter (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W. Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com

Eric H. Zagrans (OH #0013108)
ZAGRANS LAW FIRM LLC

2

        5077 Waterford Drive, Suite 302
        Elyria, Ohio 44035
        Tel: (216) 771-1000
        eric@zagrans.com

        *Counsel for Plaintiffs*


        **CARPENTER LIPPS LLP**

        /s/ *Michael H. Carpenter*
        Michael H. Carpenter (Ohio Bar #0015733)
          *Trial Attorney*
        Jeffrey A. Lipps (Ohio Bar # 0005541)
        280 North High Street
        Columbus, Ohio 43215
        Telephone: 614-365-4100
        Fax: 614-365-9145
        Email: carpenter@carpenterlipps.com
        Email: lipps@carpenterlipps.com

        **JONES DAY**
        Dustin M. Koenig (Ohio Bar #0092426)
        Jordan M. Baumann (Ohio Bar #0093844)
        Alexandra L. Schill (Ohio Bar #0095612)
        325 John H. McConnell Boulevard, Suite 600
        Columbus, OH 43215
        Telephone: (614) 469-3939
        Email: dkoenig@jonesday.com
        Email: jbaumann@jonesday.com
        Email: aschill@jonesday.com

        Evan Miller (admitted *pro hac vice*)
        David T. Raimer (admitted *pro hac vice*)
        51 Louisiana Avenue N.W.
        Washington, DC 20001
        Telephone: (202) 879-3939
        Email: emiller@jonesday.com
        Email: dtraimer@jonesday.com

        *Counsel for Defendants Nationwide Mutual Insurance Company, Nationwide Life Insurance Company, Investment Committee of the Nationwide Savings Plan, David Berson, David LaPaul, Kevin O'Brien, Klaus Diem, Michael Mahaffey, and Michael P. Leach*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kai H Richter*
*Counsel for Plaintiffs*