# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DESTIN DEZWYN REESE,**

    **Plaintiff,**

    v.

**JUDGE HOLBROOK,**

    **Defendant.**

:

:

**Case No. 2:24-cv-870**
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On February 28, 2024, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Destin Dezwyn Reese's Motion for Leave to Proceed *in Forma Pauperis* be denied. (ECF No. 2.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Mr. Reese's Motion (ECF No. 1) is **DENIED**. Mr. Rese is **ORDERED** to pay the filing fee **within fourteen days** in order to proceed in this action.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**