UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RYAN SWEENEY,** *et al.*,

      **Plaintiffs,**

  v.                                        Civil Action 2:20-cv-1569
                                                Judge James L. Graham
                                                Magistrate Judge Chelsey M. Vascura

**NATIONWIDE MUTUAL INSURANCE COMPANY,** *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on motions by both Plaintiffs and Defendants to file unredacted versions of various filings under seal. (ECF Nos. 238, 241.) Therein, parties assert that their briefing related to the parties' motions for summary judgment and parties' motions to exclude the opinions of each other's expert witnesses, and certain associated exhibits, refer to information and documents marked "Confidential" by Defendants under the stipulated protective order, and that the Court has previously ordered sealing of the same or similar information in this case because it contains non-public, confidential, and proprietary trade secret information in the form of information related to rates on insurance products offered by Nationwide Life Insurance Company. Additionally, the filings contain performance information for other investment products, and business and financial information—including competitive data and internal discussions about Nationwide's competition, and other internal analyses—that Defendants have marked "Confidential" and that are similar to filings the Court has previously approved for filing under seal.

Based on the parties' representations, the Court concludes that the parties' filings contain confidential information that should be shielded from public access. Accordingly, Plaintiffs' Motion (ECF No. 238) and Defendants' Motion (ECF Nos. 241) are **GRANTED**. The parties are **ORDERED** to file under seal unredacted versions of the documents listed in their motions **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE