## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RYAN SWEENEY,** *et al.*,

        **Plaintiffs,**

    **v.**

                                     **Civil Action 2:20-cv-1569**
                                     **Chief Judge Sarah D. Morrison**

**NATIONWIDE MUTUAL INSURANCE**           **Magistrate Judge Chelsey M. Vascura**
**COMPANY,** *et al.*,

        **Defendants.**

## ORDER

This matter is before the Court on motions by both Plaintiffs and Defendants to file

unredacted versions of their replies in support of their respective summary judgment motions

under seal. (ECF Nos. 248, 250.) In their Motion, Defendants assert that their reply brief refers to

materials containing non-public, confidential, and proprietary trade secret information related to

Nationwide Life's crediting rates as well as performance information of other investment options

that the Court has previously allowed to be filed under seal. (ECF No. 248.) In their Motion,

Plaintiffs assert that their reply brief and certain exhibits attached thereto contain financial

information that Defendants have designated "Confidential" and that has been previously

approved for sealing by the Court. (ECF No. 250.)

Based on the parties' representations, the Court concludes that the parties' filings contain

confidential information that should be shielded from public access. Accordingly, Defendants'

Motion (ECF No. 248) and Plaintiffs' Motion (ECF Nos. 250) are **GRANTED**. The parties are

2

**ORDERED** to file under seal unredacted versions of the documents listed in their motions

**WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**.


       **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE