UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RYAN SWEENEY,** *et al.*,

        Plaintiffs,

   v.                                     Civil Action 2:20-cv-1569
                                             Chief Judge Sarah D. Morrison
                                             Magistrate Judge Chelsey M. Vascura

**NATIONWIDE MUTUAL INSURANCE COMPANY,** *et al.*,

        Defendants.

## ORDER

      This matter is before the Court on Defendants' Motion to Redact Public Version and File Under Seal Unredacted Version of Transcript of Oral Argument Proceedings (ECF No. 263). Therein, Defendants represent that the transcript of the November 10, 2025 oral argument proceedings contains non-public, confidential, and proprietary trade secret information in the form of information related to rates on insurance products offered by Nationwide Life Insurance Company, the public disclosure of which would be harmful to Nationwide Mutual Insurance Company and Nationwide Life Insurance Company, and of which the Court has allowed sealing on multiple prior occasions. (*Id.*) (citing ECF Nos. 33, 89, 138, 152, 191, 196, 203, 207, 216, 242, 252).

      Based on these representations, the Court concludes that the transcript contains confidential information that should be shielded from public access. Accordingly, Defendants' Motion (ECF No. 263) is **GRANTED**. The transcript of the November 10, 2025 oral argument proceedings (ECF No. 257) shall remain **UNDER PERMANENT SEAL**. The Clerk is

**DIRECTED** to file on the public docket the redacted version of the transcript, attached to Defendants' Motion as Exhibit A (ECF No. 263-1).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE