**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN SWEENEY, et al., | ) | Case No. 2:20-cv-01569 |
| Plaintiffs, | ) | Judge Sarah D. Morrison |
| v. | ) | Magistrate Judge Chelsey M. Vascura |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF MICHAEL N. BEEKHUIZEN AS CO-COUNSEL ON BEHALF OF ALL DEFENDANTS**

Please take notice that Michael N. Beekhuizen of the law firm Carpenter Lipps LLP, 280 Plaza, Suite 1300, 280 North High Street, Columbus, Ohio 43215, hereby enters an appearance as co-counsel on behalf of defendants Nationwide Mutual Insurance Company, Nationwide Life Insurance Company, Investment Committee of the Nationwide Savings Plan, David Berson, David LaPaul, Kevin O'Brien, Klaus Diem, Michael Mahaffey, and Michael P. Leach.

Respectfully submitted,

/s/ Michael N. Beekhuizen
Michael N. Beekhuizen (Ohio Bar # 0065722)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
beekhuizen@carpenterlipps.com

*Co-Counsel for Defendants Nationwide Mutual Insurance Company, Nationwide Life Insurance Company, Investment Committee of the Nationwide Savings Plan, David Berson, David LaPaul, Kevin O'Brien, Klaus Diem, Michael Mahaffey, and Michael P. Leach*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on July 9, 2026. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael N. Beekhuizen
*Co-Counsel for Defendants Nationwide Mutual Insurance Company, Nationwide Life Insurance Company, Investment Committee of the Nationwide Savings Plan, David Berson, David LaPaul, Kevin O'Brien, Klaus Diem, Michael Mahaffey, and Michael P. Leach*