# EXHIBIT 2

# *CURRICULUM VITAE* OF FRANK A. RAY

## Personal

- Date of Birth: January 30, 1949, in Lafayette, Indiana
- Spouse: Carol O. Ray, married October 1, 1982

## Education

- Upper Arlington High School, Upper Arlington, Ohio, 1966
- The Ohio State University, College of Arts and Sciences, Bachelor of Arts (English), 1970
- The Ohio State University, College of Law, Juris Doctorate, 1973

## Current Professional Position

*President, Frank A. Ray Co., L.P.A.*, April 16, 2011, through present

After withdrawing from his 41- year trial practice in August 2014, Mr. Ray has functioned as a private mediator for complex civil disputes. His case list includes class actions, collective actions, and federal multi-district litigation.

For his mediations, he draws on his experience as a trial and appellate lawyer. During his trial career, Mr. Ray served as lead counsel in more than 150 trials. He has undertaken litigation involving the following legal categories: business disputes; commercial claims under the UCC; personal and commercial insurance coverages; insurance bad faith claims; catastrophic personal injury and wrongful death claims arising from vehicular collisions, workplace mishaps, aviation disasters, product liability, medical malpractice,, nursing home negligence, and intentional torts; intellectual property rights disputes; will and trust contest claims; defamation claims; condemning authorities' rights and private landowners' rights and compensation in eminent domain proceedings; environmental claims; legal, and accounting malpractice claims; employment disputes, representing employers and employees in employment law claims; construction defect or failure claims; enforcement of settlement agreements; and disputes involving professional baseball franchises and Minor League Baseball organizations.

## Past Professional Positions

- *Partner, Chester, Willcox & Saxbe, L.L.P.*, January 1, 2006, through April 15, 2011 – civil trial and appellate practice and mediation services
- *President, Frank A. Ray Co., L.P.A.,* Columbus, Ohio, 1983-92 and 2000-2005 (formerly known as Ray & Todaro Co., L.P.A. [1992-94], Ray, Todaro & Alton Co., L.P.A. [1994-96], Ray, Todaro, Alton & Kirstein Co., L.P.A. [1996]; Ray, Alton & Kirstein Co., L.P.A. [1996-1998]; and Ray and Alton, L.L.P. [1998-2000]) – civil trial and appellate practice
- *Associate, Michael F. Colley Co., L.P.A.,* Columbus, Ohio, January 1, 1979, through December 27, 1983 – criminal defense and civil trial and appellate practice
- *Chief Counsel, Civil Division, Office of the Franklin County Prosecuting Attorney,* Columbus, Ohio, September 1, 1976, through December 31, 1977, and November 16,

1978, through December 31, 1978 – coordinated and participated in delivery of civil legal services to all county officer holders and county agencies and to certain townships within Franklin County, Ohio

- *Director, National Economic Crime Project, National District Attorneys Association,* Washington, D.C., November 1, 1975, through August 31, 1976 – coordinated 50-city network of local criminal fraud prosecution units on budget funded and administered by U.S. Department of Justice (Law Enforcement Assistance Administration), administered for total staffs of 536 persons, including both professional and clerical personnel
- *Director, Economic Crime Unit and Assistant Prosecuting Attorney, Office of the Franklin County Prosecuting Attorney,* Columbus, Ohio, December 3, 1973, through June 15, 1974, and November 16, 1974, through October 31, 1975 – coordinator and criminal prosecutor for local cases involving fraud schemes, white collar crime, and governmental corruption
- *Associate, Brownfield, Kosydar, Bowen, Bally & Sturtz,* Columbus, Ohio, June 16, 1974, through November 15, 1974, and January 1, 1978, through November 15, 1978 – commercial civil litigation
- *Legal Intern, Office of the Franklin County Prosecuting Attorney,* Columbus, Ohio, July 16, 1972, through August 15, 1973 – criminal and civil legal research and staff responsibilities in support of the Prosecuting Attorney
- *Law Clerk, Judge Richard B. Metcalf, Franklin County Probate Court,* Columbus, Ohio, January 20, 1971, through July 15, 1972 – processed and organized filings in cases and provided legal research assistance for the Court

## Admissions to Practice

- Ohio State Supreme Court, November 3, 1973
- United States District Court, Southern District of Ohio, February 7, 1975
- United States Supreme Court, December 24, 1976
- United States Court of Appeals, Sixth Circuit, February 10, 1977
- United States Tax Court, September 23, 1977
- United States District Court, Northern District of Ohio, August 4, 1980
- United States District Court, Eastern District of Michigan, January 6, 1983
- Pennsylvania Supreme Court, February 16, 1987 (currently voluntarily inactive)
- United States Court of Appeals, First Circuit, May 15, 1987

## Academic Appointment

Adjunct Professor of Law, Moritz College of Law, The Ohio State University, teaching the following courses:

- Trial Practice (Fall Semesters, 2003-2011)
- Mediation of Complex Commercial Disputes (Fall Semesters, 2020-2021)

## Memberships, Appointments, and Offices in Professional Organizations

- American Bar Association (Special Committee on Economic Crime, Criminal Justice Section, 1977)
- Ohio State Bar Association (Editorial Board, Jury Instructions Committee, 2002-2006; and Council of Delegates, 2008-2010)
- Columbus Bar Association (*President*, 2001-02)

- Central Ohio Association for Justice, formerly known as Franklin County Trial Lawyers Association (*President,* 1987-88)
- Ohio Association for Justice, formerly known as Ohio Academy of Trial Lawyers (*President*, 1989-90)
- American Association for Justice, formerly known as Association of Trial Lawyers of America (*State Delegate*, representing Ohio members, 1990-92)
- Board of Bar Examiners, Supreme Court of Ohio (1992-95)
- American Inns of Court, Robert M. Duncan Chapter (*President*, 1993-94)
- Rules Advisory Committee, Supreme Court of Ohio (1995-1999)
- National Advisory Council, Moritz College of Law, The Ohio State University (1998-2007)
- Ohio Judicial Conference, Ohio Jury Instructions Committee, Tort Law Sub-Committee, (2005-2008)

## Professional Memberships and Professional Honorary Organizations

- Certified Civil Trial Advocate, National Board of Trial Advocacy (1983-2016)
- Fellow, Roscoe Pound Foundation (inducted 1985)
- Fellow, Ohio Association for Justice (inducted 1991)
- Fellow, Columbus Bar Foundation (inducted 1986; and *President*, 2010)
- Fellow, Ohio State Bar Foundation (inducted 1993; and designated as Distinguished Life Fellow, 2014)
- Associate, American Board of Trial Advocates (inducted 1993; and *President*, Ohio Chapter, 2004)
- Fellow, International Society of Barristers (inducted 1994; and *Emeritus* status, 2015)
- Fellow, American College of Trial Lawyers (inducted 1996)
- Member, Million Dollar Advocates Forum (1997-2015)
- Member, The National Trial Lawyers, designated among “Top 100 Trial Lawyers” (2011-2015)
- Diplomate Member, National Academy of Distinguished Neutrals (inducted 2014)

## Law School and Professional Awards

- Best Brief, U.S. Sixth Circuit, National Moot Court Competition, 1972
- Isadore Topper Eagle Award, Outstanding Moot Court Advocate, College of Law, The Ohio State University, 1973
- Ten Outstanding Young Citizens of Columbus, awarded by Columbus JayCees, 1976
- Award of Distinctive Service, National District Attorneys Association, 1977
- President’s Award, Ohio Academy of Trial Lawyers, 1986
- President’s Award, Franklin County Trial Lawyers Association, 1987
- Professionalism Award, Columbus Bar Association, 1997
- Lawyer of the Year, Ohio Lawyers Weekly, 1999
- Friend of Legal Education Award, Ohio State Bar Association, 2005
- Respected Adversary Professionalism Award (first recipient), Ohio Association of Civil Trial Attorneys, 2005
- Distinguished Alumnus Award, Moritz College of Law, The Ohio State University, 2006
- Professionalism Award, Ohio Chapter, American Board of Trial Advocates, 2012
- Bar Service Medal, Columbus Bar Association, 2013

- Michael F. Colley Award for Career of Service to the Trial Bar, Ohio Chapter, American Board of Trial Advocates, 2014
- Craig M. Spangenberg Distinguished Advocate Award, Ohio Association for Justice, 2018

## Published Professional Articles and Treatises

- Editor, Economic Crime Digest, Vol. II, No. 3, through Vol. III, No. 2, National District Attorneys Association, Washington, D.C. (1975-76)
- Co-author, "Fighting the $40 Billion Rip-Off," an annual report from the Economic Crime Project, National District Attorneys Association, Washington, D.C. (1976)
- Author, "Selling Funding of a Prosecutor's Economic Crime Unit with Local Officials," The Prosecutor, National District Attorneys Association, Vol. XI, No. 6, pp. 444-446, Chicago, Illinois (1976)
- Co-author, "The Economic Crime Project, a National Experiment in Prosecution Confederation," American Criminal Law Review, American Bar Association, Washington, D.C. (1977)
- Co-author, Personal Injury Litigation Practice in Ohio, National Business Institute, Inc. (1988 and re-publication, 1991)
- Board of Editors, Manual on Complex Litigation, Fourth Edition, Federal Judicial Center, Washington, D.C. (2004)
- Author, "Opening Statement", Columbus Bar Briefs, Columbus, Ohio (Spring 2005)
- Author, "Closing Argument, Myth vs. Reality," Columbus Bar Briefs, Columbus, Ohio (Summer 2005)
- Contributing Editor and Co-Author, revised standardized jury instructions on tort law, Ohio Jury Instructions, Ohio Judicial Conference (2005-2008)
- Author, "Nontraditional Fee Agreements Offer Alternative Payment Options," Columbus Business First (August 25, 2006)
- Author, "Expertly Examining Expert Witnesses," Columbus Bar Lawyers Quarterly (Winter 2007)
- Author, "The Dying Art of Jury Selection," Columbus Bar Lawyers Quarterly (Spring 2007)
- Author, "Getting to 'Yes' on Cross-Examination," Columbus Bar Lawyers Quarterly (Summer 2007)
- Author, "Professionalism in Depositions," Columbus Bar Lawyers Quarterly (Winter 2009)
- Author, "Business Decisions for Business Litigation," Columbus CEO (May 2010)
- Author, "Lawyers' Conduct in Depositions," Columbus Bar Lawyers Quarterly (Winter 2010)
- Author, "Winning Trials with Audio-Visual Evidence", Columbus Bar Lawyers Quarterly (Winter 2011)
- Author, "Trial by Jury – How Did It Start and Where Will It End?", Columbus Bar Lawyers Quarterly (Spring 2011)
- Author, "The Demise of Employer Intentional Tort Claims in Ohio: A Trial Lawyer's Perspective," Ohio Lawyer, Ohio State Bar Association (May/June 2014)
- Author, "The Status of Employer Intentional Tort Claims in Ohio," Fine Print, Ohio State Bar Association, Issue 58 (Winter 2014)
- Author, "How to Prepare a Client's Civil Case for Mediation," Ohio Lawyer, Ohio State Bar Association (Nov./Dec. 2015)

- Author, "A Mediator's View on Optimizing Settlements," Ohio Trial, Ohio Association for Justice (Winter 2016, Vol. 26, Issue 1)
- Author, "America's Pastime's Aversion to America's Justice System," Columbus Bar Lawyers Quarterly (Spring 2017)
- Author, "Scalping Tickets: Legal Risks for Sellers and Buyers," Columbus Bar Association's "Legal Connections," Columbus Business First (Sept. 1, 2017)
- Author, "70 Years Seeking Justice," Ohio Trial (70th Anniversary Ed., Jan. 2024)

## Academic and Professional Lecturing Experience

***Columbus Bar Association, Columbus, Ohio*, seminar lecturer**

- "Discovery in Automobile Negligence Cases" (1984)
- "Management of Evidentiary Hurdles in Direct Examination of the Medical Expert" (1985)
- "Evaluation and Negotiation of the Personal Injury Case" (1987)
- "Personal Injury Client Intake, Insurance Coverage, Investigation, and Liability Issues" (1990)
- "Sports Franchising Law" (1991)
- "Admissibility of Experts' Damage Evaluations" (1992)
- "Admissibility of Client Damages Evaluations Prepared 'Before' vs. 'For' Settlement Negotiations", Litigation Practice Institute (1992)
- Demonstration of *voir dire* for plaintiff in tort case, Litigation Practice Institute (1995)
- "Past, Present, and Future Damages: Dealing with Uncertainty in Medicine" (1997)
- "Cross Examination of the Biomechanical Engineer/Accident Reconstructionist" (1998)
- "Using Objections and Closing Arguments" (2001 and 2004)
- "Opening Statements – Developing a Theme for the Case and Application of Technology in Delivery of the Theme" (2003)
- "Professionalism through Excellence", chair and moderator of seminar, Chester Professionalism Institute (2004)
- Demonstration of Plaintiffs' closing argument in mock civil trial on violations of professional responsibility for commercial client, Chester Professionalism Institute (2005 and 2006)
- "Litigation Attorneys, Preventing Legal Malpractice: Recurring Errors in Client Relations in Substantive Areas of Law" (2005)
- "Demonstrative Evidence You Can Afford", Chester Professionalism Institute (2007)
- "Closing Arguments and Jury Instructions from Plaintiff's Counsel's Perspective" (2007 & 2008)
- "Admissibility and Examination of Expert Witnesses" (2007)
- "Sports Law Update – The Columbus Clippers' 32-Year History and the Future with the Cleveland Indians" (2008)
- "Winning a Trial with Opening Statement" (2010)
- "Protecting Intellectual Property for a Minor League Baseball Franchise" (2011)
- Demonstration of Plaintiff's closing argument in mock jury trial, Trial Advocacy Institute (2011)
- "Professionalism – Activities that Promote the Common Good," Lawyers in Literature and Cinema (2012 & 2013)
- "Personal Injury Practice for the Plaintiffs' Lawyer", New Lawyer Training (2013)
- Demonstration of *voir dire* for plaintiff's tort case in mock jury trial, Trial Skills Institute, combined program of CBA & COAJ (2014)
- "The Mediation Process," ADR Committee meeting (2016)

- Demonstration of direct examination of party-defendant as witness and direct examination of defense's engineering liability expert witness in mock jury trial of tort case, Trial Skills Institute, combined program of CBA & COAJ (2017)
- "Mediation in the COVID-19 Era and Beyond," Federal Courts Committee (2021)

***Ohio State Bar Association, formerly operating as Ohio CLE Institute*, seminar lecturer**

- "Significant Recent Civil Decisions of the Ohio Supreme Court," Columbus, Ohio (1984)
- "Impact of Tort Reform on Personal Injury Cases," Annual Convention, Columbus, Ohio (1992)
- Demonstration of closing argument for plaintiff in employment law trial, "Trial Practice," Mid-West Labor Law Conference, Columbus, Ohio (1995)
- "Ethical Issues in Discovery", Columbus, Cleveland, and Cincinnati, Ohio (1997)
- "Ethics," Columbus, Ohio (2002)
- "The Art of Persuasion in the 21st Century," Federal Bench-Bar Conference, Columbus, Ohio (2003)
- "Damages & Evidence in Tort Actions," Senate Bill 80 Tort Reform Seminar, Columbus and Cincinnati, Ohio (2005)
- "Improper Examination of Witnesses in Discovery and Trial," Columbus, Ohio (2007)
- "In the Wake of Runaway Advertising, Tort Reform & Jury Bias: Retooling the Practice of the Plaintiff's Litigator," Annual Convention, Columbus, Ohio (2008)
- "*Voir Dire*: A Hidden Piece of the Legal System," statewide webinar, originating from Columbus, Ohio (2015)
- "Top Tips for Mediation of Medical Malpractice Cases," Negligence Law Committee meeting, Columbus, Ohio (2016)
- "ADR/Mediation: Best Practices," panel presentation, Regional Meeting, Perrysburg, Ohio (2016)
- "Mediation from the Mediator's Perspective," The Art of Negotiation and Settlement seminar, statewide webinar, originating from Columbus, Ohio (2017)

***Central Ohio Association for Justice*, formerly *Franklin County Trial Lawyers Association*, Columbus, Ohio, seminar lecturer**

- "Proof of Pain and Suffering Damages" (1983)
- "Discovery in Products Liability Cases" (1984)
- "Plaintiff's Jury Selection in Products Liability Trials", President's Seminar (1985)
- "Legislative Tort Reform in Ohio", President's Seminar (1987)
- "Opening Statement", President's Seminar (1991)
- Demonstration of v*oir dire* as plaintiff's counsel in mock jury trial, President's Seminar (1998)
- "UM/UIM Litigation in Light of Galatis" (2004)
- "Litigating in the Era of Tort Deform" (2005)
- "Professional Advertising, Civility in Discovery, and Competence in the Trial Practice in Ohio" (2008)
- "Professionalism in the Trial Practice" (2010)
- "Professionalism for Trial Lawyers" (2013)
- "Preparation for Mediation of Civil Litigation" (2018)
- "Professionalism for Trial Lawyers" (2024)

***Ohio Association of Civil Trial Attorneys*, seminar lecturer**

- "A Peek into the Enemy's Camp: What the Plaintiffs' Bar Intends to Do Differently under the New Tort Legislation," Annual Convention, Dayton, Ohio (1988)
- Demonstration of plaintiff's opposition in hearing on defense's motion *in limine* under Daubert, Summer Conference, Newark, Ohio (2005)
- "Do You Have Authority? Plaintiff's Counsel's Perspective on Case Evaluation & Settlement Negotiations," Summer Conference, Mason, Ohio (2007)
- "Defense Tactics for Settlement Negotiation and Mediation," Annual Convention, Columbus, Ohio (2024)

***Ohio Association for Justice*, formerly *Ohio Academy of Trial Lawyers*, seminar lecturer**

- "Ohio Insurance Case Law Update," Insurance Law Seminars (1983, 1985, 1986-87, 1987-88, 1988-89)
- "Arbitration of Uninsured Motorist Claims," Insurance Law Seminar (1984)
- "Developments in Strict Products Liability and Workplace Liability," Regional Seminars (1985)
- "Hospital Liability for the Use of Drugs, Dyes, and Radiation Therapy," Medical Malpractice Seminar (1985)
- "Defendant's Discovery Deposition," Regional Seminars (1986)
- "Accident Reconstruction," Regional Seminars (1990)
- "Getting to the Homeowner's Coverage," Annual Conventions (1991 & 1996)
- "*Voir Dire* – Plaintiff's Counsel's Guide to Jury Selection," Annual Convention (1991)
- "Damage Development in Opening Statement," Annual Convention (1992)
- "Discovery from Sources Other Than the Defendant in Products Liability Cases," Annual Convention (1993)
- "Cross-Examination of the In-House Defense Expert in Products Liability Cases," Annual Convention (1994)
- "Case Law Update in Products Liability," Annual Conventions (1995 & 1996)
- "Hearsay Revisited," Evidence Seminar (1998)
- "Demonstration of Direct Examination of Accident Reconstructionist – Evidence of Computer-Generated Crash Data Retrieval System," Annual Convention (2004)
- Demonstration of plaintiff's opening statement in tort case, Regional Seminars (2004)
- "Causes of Action, Statutes of Repose, and Product Liability under Senate Bill 80," Tort Reform Seminar (2005)
- "Legislative Changes to Ohio's Product Liability Laws and Case Law Update," Product Liability Seminar (2007)
- "Practical Tips and Tricks from the Mediators," Annual Convention (2017)
- "Mediators Roundtable," three-person panel presentation, Medical Malpractice Section, Annual Convention (2019)
- "Mediation Tips Every Plaintiff's Lawyer Should Know," three-person panel presentation, Annual Convention (2020)

***Ohio Attorney General's Office*, seminar lecturer**

- "Direct & Cross-Examination," *Trial Advocacy Program*, Columbus, Ohio (2006)
- "Direct Examination of the Expert Witness," *Expert Witness Workshop*, Columbus, Ohio (2010)

- "Advocating through Direct Examination," *Trial Advocacy Program*, Columbus, Ohio (2012)
- "Preparing for Mediation," *Trial Advocacy Program*, Columbus, Ohio (2015)
- "The Remote Practice – Mediation", *Professional Development Program*, video podcast, Columbus, Ohio (2020)
- "Inside the Mediation Room", *Construction Litigation Forum*, Columbus, Ohio (2022)
- "The Art of Jury Selection", *Trial Advocacy Program*, Columbus, Ohio (2024)

***Capital University Law School*, Columbus, Ohio, guest instructor:**

- Demonstration of Daubert hearing as plaintiff's counsel (2011 & 2012)
- "Product Liability Trial Practice from Plaintiff's Counsel's Perspective" (2012)
- "Opening and Managing a Solo Law Practice" (2016)
- "Winning Trials with Audio-Visual Evidence" (2017, 2018 & 2019)

***Miscellaneous Seminar Lectures***

- Guest lecturer, "Prosecution of Economic Crime," *Department of Sociology, The Ohio State University*, undergraduate and graduate criminology classes (1974)
- Seminar Chair and lecturer, "Prosecution of Economic Crime under Ohio Law," *Ohio Prosecuting Attorneys Association*, Cincinnati, Ohio (1974)
- Seminar Faculty, "State Securities Law Regulation," *National College of District Attorneys*, Houston, Texas (1975-1977)
- "Prosecution of Economic Crime under State Law," Short-Course for Prosecutors, *Northwestern University College of Law*, Chicago, Illinois (1976)
- Member, National Conference Faculty, *Federal Judicial Center*, Washington, D.C. (1976-1977)
- "Where to Look for Insurance Coverage, New and Forgotten Ways of Bringing in an Insurance Company," *Richland County Bar Association*, Mansfield, Ohio (1986)
- "Professionalism and Ethics," *Richland County Bar Association*, Mansfield, Ohio (1988)
- "Legislative Update on General Tort Statutory Enactments," *Mahoning and Trumbull Counties Academy of Trial Lawyers*, Youngstown, Ohio (1990)
- "The Metamorphosis of Legislative Change of Ohio's Products Liability Law," *National Association of Trial Lawyers Executives*, San Antonio, Texas (1988)
- "Case Study Approach on Evidence," *Ohio Association of Criminal Defense Lawyers*, Perrysville, Ohio (1991)
- "Presentation of Oral Argument on Appeal," *Ohio Third District Court of Appeals Seminar*, Findlay, Ohio (1991)
- "The Impact of Brady v. Safety-Kleen Corp.," *Stark County Academy of Trial Lawyers*, Canton, Ohio (1992)
- "Dealing with Products Liability under the New Statutory Framework in Ohio," *Cuyahoga County Bar Association*, Cleveland, Ohio (1992)
- "Dealing with Products Liability under the New Statutory Framework in Ohio," *Stark County Academy of Trial Lawyers*, Canton, Ohio (1993)
- "Dealing with Product Liability under the New Statutory Framework in Ohio," *National Federation of Paralegal Associations, Inc*., Region III Seminar, Columbus, Ohio (1993)
- "Medtronic v. Lehr and Federal Preemption of State Tort Law," Midwinter Seminar, *West Virginia Trial Lawyers Association*, Charleston, West Virginia (1997)
- "When to Say 'That's All There Is' in Insurance Coverage," Probate Magistrates Seminar, *Ohio Judicial College*, Cambridge, Ohio (2001)

- Demonstration as defense counsel in mock criminal jury trial of State of Ohio v. Margaret Garner, *Federal Bar Association*, National Convention, Cincinnati, Ohio (2004)
- "Professionalism", *Hancock County Law Library Association*, Findlay, Ohio (2004)
- "Fundamentals of Ohio Bad Faith Law," Property and Casualty Seminar, *Ohio Chapters of NSPII and IASIU*, Plain City, Ohio (2005)
- "Jury Selection Strategy," *Ohio Management Lawyers Association*, Columbus, Ohio (2010)
- Demonstration of summary jury trial as plaintiff's counsel, *Thomas J. Moyer Inn of Court*, Columbus, Ohio (2011)
- "Effective Use of Technology in the Courtroom," *Mahoning and Trumbull Counties Academy of Trial Lawyers*, Vienna, Ohio (2011)
- "What Makes a Good Forensic Expert Witness," *SEA Limited*, Worthington, Ohio (2011 & 2012)
- "Preparation and Trial of an Arbitration Case," *Ohio Association of Magistrates*, fall conference, Judicial College of the Ohio Supreme Court, Columbus, Ohio (2012)
- "Mediation – Getting Your Settlement over the Goal Line," *Frantz Ward Litigation Panel Series*, Cleveland, Ohio (2016)
- "Core Values of Mediation," narrative video presentation, *Dispute Resolution Section, Ohio Supreme Court*, Fundamental Mediation Training, on-line CLE program, Columbus, Ohio (2017)
- Demonstration of direct examination of Plaintiff's expert/treating physician in mock jury trial, Masters in Trial, *Ohio Chapter, American Board of Trial Advocates*, Columbus, Ohio (2017)
- "Top Ten Tips for Mediation," Corporate Counsel Summit, *Bricker & Eckler*, Columbus, Ohio (2017)
- "Preparing Your Client for a Mediation Based on the Core Values of Mediation," *Oh. Sup. Ct. Dispute Resolution Conference* (2018)
- "Successful Mediation of Eminent Domain Cases," Eminent Domain Institute, *CLE International*, Columbus, Ohio (2018)
- "How to Effectively Use Mediation to Resolve Claims during the COVID-19 Era", *Cleveland-Marshall Law Alumni Association*, Personal Injury CLE, webinar (2020)
- "Hearsay in Probate Court," Ohio Association of Probate Judges, webinar (2021)
- "Virtual Mediations," *Moyer Inn of Court*, webinar, Columbus, Ohio (2021)
- "Mediation," Toledo Bar Association, Doctors and Lawyers Committee (2023)

**Non-Profit Board Service**

- *Legal Counsel*, Franklin County Board of Parks and Recreation and its two operating entities, Columbus Baseball Team, Inc., dba Columbus Clippers Triple-A Professional Baseball Organization, and Franklin County Stadium, Inc., dba Huntington Park, fdba, Franklin County Stadium and Cooper Stadium (1976-2022)
- *Trustee*, College of Humanities Alumni Society, The Ohio State University (1991-1993)
- *Member*, Dean's Advisory Council, Moritz College of Law (1995-2012)
- *President*, Columbus Bar Foundation (2009-2010)
- *Member*, Chief Justice Thomas J. Moyer Legacy Fund Committee, Ohio State Bar Foundation (2010- present)
- *Director*, Evans Scholars Foundation & Western Golf Association (2011-2016, *Emeritus Director* effective 2017)
- *Trustee*, Ohio Seniors Golf Association (2011-2016)
- *Trustee*, Legal Aid Society of Columbus (2011-2022)

- *Legal Counsel*, Buckeye Boosters, Inc. [officially recognized "boosters" organization of Department of Athletics, The Ohio State University] (2012-2022)

## Biographic References

- *Super Lawyers* Magazine, 2003-present
  - Ranked as #1 lawyer in Ohio by *Super Lawyers,* 2017, 2019, 2020 & 2021
  - Ranked as #2 lawyer in Ohio by *Super Lawyers,* 2018
  - Ranked among "Top 10" lawyers in Ohio by *Super Lawyers*, 2009-2025
  - Ranked among "Top 100" lawyers in Ohio by *Super Lawyers*, 2005-2025
- Best Lawyers in America, Woodward/White, Inc., Akin, South Carolina, Frank A. Ray Co., L.P.A. listed as Tier 1-Rated Law Firm, (2013-present); and Frank A. Ray individually listed for the following categories of practice (1992-present):
  - Mediation
  - Personal Injury Litigation -- Plaintiffs (2013 Columbus "Plaintiffs Personal Injury Lawyer of the Year")
  - Commercial Litigation
  - Professional Malpractice Law -- Plaintiffs (2010 & 2024 Columbus "Professional Malpractice Lawyer of the Year")
  - Bet-the-Company Litigation (one of 146 lawyers originally designated nationally; and 2009 & 2014 Columbus "Bet-the-Company Lawyer of the Year")
  - Arbitration
- Bar Register of Preeminent Lawyers, Martindale-Hubbell, New Providence, New Jersey (1994-present)
- A-V Rated Attorney, Martindale-Hubbell Law Directory, New Providence, New Jersey (1985-present)
- Who's Who in American Law, Reed Publishing, Wilmett, Illinois (1977-present)
- Who's Who in America, Reed Publishing, Wilmett, Illinois (1996-present)
- "Who's Who in Law," Columbus Business First, January 24, 1994
- "Ohio's Winningest Lawyers," Ohio Law Newspaper, Vol. 4, No. 8 (1991)
- "Best Lawyers in Columbus," Columbus Monthly Magazine, December 2003, December 2004, and December 2009
- "The Verdict – Columbus' Top Lawyers," Columbus Business First, March 26, 2004
- "General Commercial Litigator," Columbus, Ohio, area, Chambers and Partners USA (2007-2016)

## Military Service

- Distinguished Military Graduate, United States Army Reserve Officer Training Corps, The Ohio State University, June 12, 1970
- Commissioned Second Lieutenant, Air Defense Artillery, United States Army, June 12, 1970
- Honorable Discharge, Captain, Infantry, United States Army Reserve, June 12, 1976