**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Ryan Sweeney and Bryan Marshall, as individuals, and on behalf of all others similarly situated, and on behalf of the Nationwide Savings Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>Nationwide Mutual Insurance Company; Nationwide Life Insurance Company; and the Investment Committee of the Nationwide Savings Plan, David Berson, David LaPaul, Kevin O'Brien, Klaus Diem, Michael Mahaffey, and Michael P. Leach,<br><br>Defendants. | Case No. 2:20-cv-01569-SDM-CMV<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

**DECLARATION OF BRYAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Bryan Marshall, declare and state as follows:

1. I am one of the named Plaintiff Class Representatives in the above-captioned action. I submit this Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

2. I was a participant in the Nationwide Savings Plan ("Plan") from approximately 2005 until 2023.

3. As a participant in the Plan, I was invested in the Guaranteed Fund for part of the proposed class period.

4. I take my duties as a class representative seriously, and have attempted to fulfill those duties throughout the course of this litigation. Among other things, I: (1) reviewed the

allegations in the original and Amended Complaints; (2) regularly communicated with my lawyers and provided documents and information to them; (3) provided information in response to Defendant's Interrogatories; (4) produced documents in response to Defendant's document requests; (5) testified under oath in a deposition on March 3, 2023; (6) prepared to give testimony at trial; (7) personally attended the initial mediation session with Frank Ray and remained privy to the status of settlement negotiations thereafter; and (8) discussed the proposed Settlement with counsel and reviewed the terms of the Settlement Agreement.

5. I am fully informed of the terms of the Settlement, and am satisfied with the terms that were reached.

6. I believe that the $12.9 million monetary recovery represents a fair recovery for myself and the other Class Members, and am in agreement with the plan of allocation.

7. In my opinion, the Settlement is fair, reasonable, and adequate, both as to me and as to the other Class Members. I approve the Settlement in this case, and encourage the Court to approve the Settlement as well.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:
Bryan Marshall
8883FA10E40C4F5

Dated: November, 4 2026

Bryan Marshall